1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
    Chief, Criminal Division

4   KYLE F. WALDINGER (ILSB 6238304)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830

7   Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

8
    Attorneys for Plaintiff

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )    No. CR 3-10-70084 MEJ
                                        )
13          Plaintiff,                  )    STIPULATION AND [PROPOSED] ORDER
                                        )    DOCUMENTING WAIVER OF TIME
14       v.                             )    UNDER RULE 5.1 AND EXCLUSION OF
                                        )    TIME UNDER THE SPEEDY TRIAL ACT
15  FLAVIO DE MORAIS,                   )
                                        )
16          Defendant.                  )
                                        )
17  _____)

18          WHEREAS, a Criminal Complaint was filed in this matter on February 8, 2010;

19          WHEREAS, the defendant initially appeared in this matter on February 9, 2010, and was

20  released by the Court at that time on an unsecured $50,000 bond;

21          WHEREAS, at the time of the initial appearance the Court scheduled the parties' next

22  appearance for February 11, 2010, for the purposes of identification of counsel and, at the

23  hearing on February 11, 2010, the defense requested that the Court set a date of March 3, 2010,

24  for preliminary hearing or arraignment. Since that time, the defendant has retained new counsel,

25  and the parties agreed to continue the date for a preliminary hearing to March 17, 2010;

26          WHEREAS, the United States has and will provide discovery to defense counsel, who

27  has reviewed and will review the evidence. Counsel for the defendant also believes it is in the

28  defendant's best interest to negotiate the case pre-indictment.

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG

FILED

MAR 1 6 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   WHEREAS, counsel for the defendant believes that additional time is necessary to
2   review the evidence and investigate the case, and believes it is in the best interests of the
3   defendant to do so before formal charges are filed;

4   WHEREAS, taking into account the public interest in the prompt disposition of criminal
5   cases, the parties agree that these grounds are good cause for extending the time limits for a
6   preliminary hearing under Federal Rule of Criminal Procedure 5.1 from March 17, 2010, to May
7   12, 2010;

8   WHEREAS, the parties agree that a failure to grant the continuance would deny defense
9   counsel the reasonable time necessary for effective preparation, taking into account the exercise
10  of due diligence, and under the circumstances the ends of justice served by a reasonable
11  continuance outweigh the best interest of the public and the defendant in a speedy trial; and

12  WHEREAS, the defendant consents to the setting of the preliminary hearing on May 12,
13  2010, as well as an exclusion of time under the Speedy Trial Act from March 17, 2010, to May
14  12, 2010;

15  THEREFORE, it is hereby stipulated by and between the parties, through their respective
16  counsel of record, that the date for the preliminary hearing be set for May 12, 2010, at 9:30 a.m.
17  under Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that time be
18  excluded under the Speedy Trial Act between March 17, 2010, and May 12, 2010, under 18
19  U.S.C. § 3161(h)(7)(B)(iv).

20  IT IS SO STIPULATED.

21  DATED:  March 12, 2010                    JOSEPH P. RUSSONIELLO
                                             United States Attorney
22

23                                                  /s/
                                             KYLE F. WALDINGER
24                                           Assistant United States Attorney

25

26  DATED:  March 12, 2010                          /s/
                                             HUGH A. LEVINE
27                                           Counsel for the Defendant

28

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                    2

1     [PROPOSED] ORDER

2          For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in

3     this matter is re-set from March 17, 2010, to May 12, 2010, at 9:30 a.m., before the Honorable

4     Joseph C. Spero.  The Court finds that good cause is shown for extending the time limits set

5     forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is

6     proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

7          The Court finds that the failure to grant the requested extension would deny counsel the

8     reasonable time necessary for effective preparation, taking into account the exercise of due

9     diligence.  The Court finds that the ends of justice served by granting the requested extension

10    outweigh the best interests of the public and the defendant in a speedy trial and in the prompt

11    disposition of criminal cases.  The Court also concludes that an exclusion of time from March

12    17, 2010, through and including May 12, 2010, should be made under Title 18, United States

13    Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of

14    justice served by excluding the period from March 17, 2010, to May 12, 2010, outweigh the best

15    interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

16

17    IT IS SO ORDERED.

18

19    Dated: _3/15/10_

20                                                    EDWARD M. CHEN
                                                      UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                              3