JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

**FILED**

JUL 13 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> FLAVIO DE MORAIS, <br>     Defendant. | No. CR 3-10-70084 MEJ <br> STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER OF TIME UNDER RULE 5.1 AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |

WHEREAS, a Criminal Complaint was filed in this matter on February 8, 2010;

WHEREAS, the defendant initially appeared in this matter on February 9, 2010, and was released by the Court at that time on an unsecured $50,000 bond;

WHEREAS, at the time of the initial appearance the Court scheduled the parties' next appearance for February 11, 2010, for the purposes of identification of counsel and, at that hearing, the defense requested that the Court set a date of March 3, 2010, for preliminary hearing or arraignment. After the appearance on February 11, 2010, the defendant retained new counsel, and the parties agreed to continue the date for a preliminary hearing to March 17, 2010;

WHEREAS, the parties agreed to continue the date for a preliminary hearing from March 17, 2010 to May 12, 2010; from May 12, 2010 to June 23, 2010; and then again from June 23, 2010 to July 16, 2010.

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG

1     WHEREAS, the United States has provided discovery to defense counsel, who has
2 reviewed and will review the evidence. Counsel for the defendant also believes it is in the
3 defendant's best interest to negotiate the case pre-indictment.

4     WHEREAS, counsel for the defendant believes that additional time is necessary to
5 review the evidence and investigate the case, and believes it is in the best interests of the
6 defendant to do so before formal charges are filed;

7     WHEREAS, counsel for the United States has now provided the defendant with an
8 Information and plea agreement, but the parties still need additional time to negotiate the details
9 of a plea. In addition, counsel for the defendant will be out of the office on the date of the
10 scheduled hearing on July 16, 2010;

11     WHEREAS, taking into account the public interest in the prompt disposition of criminal
12 cases, the parties agree that these grounds are good cause for extending the time limits for a
13 preliminary hearing under Federal Rule of Criminal Procedure 5.1 from July 16, 2010 to July 21,
14 2010;

15     WHEREAS, the parties agree that a failure to grant the continuance would deny defense
16 counsel the reasonable time necessary for effective preparation, taking into account the exercise
17 of due diligence, and under the circumstances the ends of justice served by a reasonable
18 continuance outweigh the best interest of the public and the defendant in a speedy trial; and

19     WHEREAS, the defendant consents to the setting of the preliminary hearing on July 21,
20 2010, as well as an exclusion of time under the Speedy Trial Act from July 16, 2010 to July 21,
21 2010;

22     THEREFORE, it is hereby stipulated by and between the parties, through their respective
23 counsel of record, that the date for the preliminary hearing be set for July 21, 2010, at 9:30 a.m.
24 under Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. § 3060 and that time be excluded
25 under the Speedy Trial Act between July 16, 2010 and July 21, 2010, under 18 U.S.C.
26 ///
27 ///
28 ///

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                             2

1  § 3161(h)(7)(B)(iv).

2  IT IS SO STIPULATED.

3  DATED: July 12, 2010                          JOSEPH P. RUSSONIELLO
                                                 United States Attorney

5                                                       /s/
                                                 KYLE F. WALDINGER
6                                                Assistant United States Attorney

8  DATED: July 12, 2010                                 /s/
                                                 HUGH A. LEVINE
9                                                Counsel for the Defendant

10                              [PROPOSED] ORDER

11         For the foregoing reasons, the Court HEREBY ORDERS that the preliminary hearing in
12  this matter is re-set from July 16, 2010 to July 21, 2010, at 9:30 a.m., before the Honorable
13  Maria-Elena James. The Court finds that good cause is shown for extending the time limits set
14  forth in Federal Rule of Criminal Procedure 5.1(c), and, further, concludes that the extension is
15  proper under Rule 5.1(d) and Title 18, United States Code, Sections 3060 and 3161.

16         The Court finds that the failure to grant the requested extension would deny counsel the
17  reasonable time necessary for effective preparation, taking into account the exercise of due
18  diligence. The Court finds that the ends of justice served by granting the requested extension
19  outweigh the best interests of the public and the defendant in a speedy trial and in the prompt
20  disposition of criminal cases. The Court also concludes that an exclusion of time from July 16,
21  2010 through and including July 21, 2010, should be made under Title 18, United States Code,
22  Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also finds that the ends of justice
23  served by excluding the period from July 16, 2010 to July 21, 2010 outweigh the best interest of
24  the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

25  IT IS SO ORDERED.

26  Dated: 7-13-10

27                                               MARIA-ELENA JAMES
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
CR 3-10-70084 MAG                         3